ACCEPTED
03-14-00340-CV
4517188
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/16/2015 4:04:14 PM
JEFFREY D. KYLE
CLERK

Alfred Herrera*
Jim Boyle-Of Counsel*
Felipe Alonso III
Jason Wakefield

816 Congress Ave.

Suite. 1250 Austin,

Texas 78701

512-474-1492 (p)

512-474-2507 (f)

www.herreraboylelaw.com

# HERRERA ◆ BOYLE PLLC

March 16, 2015

**via e-Filing**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
3/16/2015 4:04:14 PM
JEFFREY D. KYLE
Clerk

Jeffrey D. Kyle
Clerk of the Court
P.O. Box 12547
Austin, Texas 78711-2547

Re: Court of Appeals Number:      03-14-00340-CV
    Trial Court Case Number:      D-1-GN-13-001238

Style: *CPS Energy, Time Warner Cable Texas LLC, and Southwestern Bell Telephone Company d/b/a AT&T//Cross-Appellant, Public Utility Commission of Texas v. Appellee, Public Utility Commission of Texas//Cross-Appellee, CPS Energy, Time Warner Cable Texas LLC and Southwestern Bell Telephone Company d/b/a AT&T*

Dear Mr. Kyle:

As lead counsel for Appellant CPS Energy ("CPS Energy") I am writing in response to the Court's March 12, 2015 letter regarding oral argument. I will present oral argument on behalf of Appellant CPS Energy.

Respectfully submitted,


 /s/ Alfred R. Herrera

Alfred R. Herrera
State Bar No. 09529600
aherrera@herreraboylelaw.com



cc: Counsel of Record

Board Certified in
Administrative Law
by the Texas Board of
Legal Specialization

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Letter was served upon all parties listed below in accordance with local rules of Travis County, Texas, the Texas Rules of Civil Procedure, and the Texas Rules of Appellate Procedure on this the 16th day of March, 2015.

By: /s/Alfred R. Herrera
Alfred R. Herrera

## LIST OF PARTIES

**PARTIES AND ATTORNEYS FOR**
**Trial Court Case No. D-1-GN-13-001238 (Consolidated)**
**Third Court of Appeals 03-13-00340-CV**

| **Counsel for Public Utility Commission of Texas:** | **Counsel for CPS Energy:** |
|---|---|
| Douglas Fraser<br>Kellie E. Billings-Ray<br>Office of the Attorney General<br>P.O. Box 12548, Capitol Station<br>Austin, Texas 78711-02548<br>Phone: (512) 463-2012<br>Fax: (512) 457-4610<br>douglas.fraser@texasattorneygeneral.gov<br>kellie.billings-ray@texasattorneygeneral.gov | Alfred R. Herrera<br>Felipe Alonso III<br>Sean Farrell<br>HERRERA & BOYLE, PLLC<br>816 Congress Avenue, Suite 1250<br>Austin, TX 78701<br>Phone: (512) 474-1492<br>Fax: (512) 474-2507<br>aherrera@herreraboylelaw.com<br>falonso@herreraboylelaw.com<br>sfarrell@herreraboylelaw.com |
| **Counsel for CPS Energy:** | **Counsel for AT&T Texas:** |
| Patricia Ann Garcia Escobedo<br>Curt D. Brockmann<br>CPS Energy<br>145 Navarro<br>P.O. Box 1771<br>San Antonio, TX 78296<br>Phone: (210) 353-5689<br>Fax: (210) 353-6832<br>paescobedo@cpsenergy.com<br>cdbrockmann@cpsenergy.com | Paul A. Drummond<br>Natalie L. Hall<br>AT&T Legal Department<br>1010 N. St. Mary's, 14th Floor<br>San Antonio, Texas 78215<br>Phone: (210) 351-4830<br>Fax: (210) 886-2127<br>paul.drummond@att.com<br>natalie.hall@att.com |

| Counsel for AT&T Texas: | Counsel for AT&T Texas: |
|---|---|
| Michael T. Sullivan<br>Mayer Brown LLP<br>71 S. Wacker Drive<br>Chicago, IL 60606<br>Phone: (312) 782-0600<br>Fax: (312) 706-8689<br>msullivan@mayerbrown.com | Joseph E. Cosgrove, Jr.<br>Katherine C. Swaller<br>Thomas Ballo<br>AT&T Legal Department<br>816 Congress Avenue, Suite 1100<br>Austin, Texas 78701<br>Phone: (512) 457-2304<br>Fax: (512) 870-3420<br>joseph.cosgrove.jr@att.com<br>katherine.swaller@att.com<br>thomas.ballo@att.com |
| **Counsel for Time Warner Cable Texas LLC:** | **Counsel for Time Warner Cable Texas LLC:** |
| Valerie P. Kirk<br>Melissa Lorber<br>Enoch Kever PLLC<br>600 Congress Avenue, Suite 2800<br>Austin, Texas 78701<br>Phone: (512) 615-1200<br>Fax: (512) 615-1198<br>vkirk@enochkever.com<br>mlorber@enochkever.com | J.D. Thomas<br>Paul A. Werner<br>Sheppard Mullin Richter & Hampton LLP<br>1300 I Street, N.W.<br>11th Floor East<br>Washington DC 20005<br>Phone: (202) 218-0000<br>Fax: (202) w218-0020<br>dthomas@sheppardmullin.com<br>pwerner@sheppardmullin.com |